```
                    State of New York - Department of State
                               Receipt for Service

Receipt #:  200805120437                          Cash #:  200805120415
Date of Service:  05/12/2008                      Fee Paid: $40 - DRAWDOWN
Service Company:  35 SERVICO - 35

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  JOHN ENDERS & ASSOCIATES, INC.


Plaintiff/Petitioner:
       KEANEY, ROBERT JR.



Service of Process Address:
JOHN ENDERS & ASSOCIATES, INC.
275 7TH AVENUE
NEW YORK,  NY 10001

                                                  Secretary of State
                                                  By  DONNA CHRISTIE
```

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 CIV 4217                                   Purchased/Filed: May 2, 2008
STATE OF NEW YORK    UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT

---

Robert Keaney, Jr.                                                    Plaintiff

against

John Enders and Associates, Inc., et ano                              Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY           SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____May 12, 2008_____, at _____2:00pm_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Jury Trial Demand

on _____John Enders and Associates, Inc._____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __38__   Approx. Wt: __145__   Approx. Ht: __5'5"__
Color of skin: __White__   Hair color: __Blonde__   Sex: __F__   Other: _____

Sworn to before me on this
13th day of   May, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0804595

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**