U.S. District Court Court

County of Putnam   State of New York

Sheriff File Number – 08000607

Robert Keaney, Jr.

vs.

John Enders

**Affidavit of Service**

Summons/Complaint

State of New York - County of Putnam

I, Deputy Sheriff Johnathan M. Bradley, Badge # 115 being duly sworn, deposes and says: that he/she is not a party to this action, is over 18 years of age and is a resident of the state of New York. That on 6/30/2008 at 11:03 am, at 19 Jordan Drive, Patterson, NY 12563 deponent served the within Summons/Complaint on John Enders, the defendant named therein, in the following manner.

ALTERNATE PERSON

By delivering to and leaving with Carol Enders the wife to the defendant a true copy thereof, a person of suitable age and discretion. Said address was the dwelling place of the defendant.

MAILED

By mailing, in a plain envelope marked Personal & Confidential on 7/7/2008 a copy of the annexed to the defendant at last known residence which was 19 Jordan Drive
Patterson, NY 12563

NON-MILITARY

At the time of service Carol Enders was asked if the servee was in the Military Service of the U.S. Government and Carol Enders replied no.

DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Red, Gender: Female Height: 5' 0" Weight:  Age: 56.

SERVICE ATTEMPTS

Sworn to before me on 07/07/2008

_Patricia Romanych_
Notary Public

PATRICIA A. ROMANYCH
Notary Public, State of New York
01RO4817892
Qualified in Dutchess County
Commission Expires May 31, 2010

Johnathan M. Bradley
Deputy Sheriff

115
Badge Number