UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT KEANEY, JR.,
                                    Plaintiff,

-v-

JOHN ENDERS AND ASSOCIATES, INC.
and JOHN ENDERS,
                                    Defendant.

Case No. 08 CIV 4217

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for JOHN ENDERS AND ASSOCIATES, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

THERE ARE NO PUBLICLY HELD CORPORATE PARENTS, AFFILIATES OR SUBSIDIARIES OF THE ABOVE NAMED CORPORATION.

**Date:** AUGUST 13, 2008

**Signature of Attorney**

**Attorney Bar Code:** DS4445

Form Rule7_1.pdf  SDNY Web 10/2007