UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ROBERT KEANY, JR.,                                    Case No. 08 CIV 4217

        Plaintiff,

  -against-

JOHN ENDERS AND ASSOCIATES, INC.
and JOHN ENDERS,
                                               Hon. William C. Conner, USDJ
        Defendant.

-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               )    ss.:
COUNTY OF PUTNAM    )

    **JOCELYN SARRO**, being duly sworn, deposes and says:

I am over 18 years of age, not a party to the within action, and reside at Brewster, New York. On the 13th day of August, 2008, I served the defendants' **ANSWER** and **RULE 7.1 STATEMENT** upon:

    Daniel Seymour, Esq.
    Bank, Sheer, Seymour & Hashmall
    Crosswest Office Center
    399 Knollwood Road
    White Plains, New York 10603
    *Attorneys for Plaintiff*

by placing a true copy of same in a properly addressed postage pre-paid wrapper, and depositing same into the exclusive care and custody of the United States Postal Service.

Sworn to before me this 13th
day of August, 2008.

_____
Notary Public

                                                   _____
                                                   JOCELYN SARRO

                David Simon
     Notary Public, State of New York
           No. 02SI5064178
     Qualified in Westchester County
  Commission Expires October 30, 20_10_